UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge W. Royal Furgeson, Jr.<br>United States District Court<br>Western District of Texas | |
| | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Judge Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

*ENTERED / LODGED / RECEIVED*
*FEB 4 2009*
*AT SEATTLE*
*CLERK U.S. DISTRICT COURT*
*WESTERN DISTRICT OF WASHINGTON*
*BY                              DEPUTY*

February 3, 2009

Mr. Bruce Rifkin, Clerk
United States District Court
United States Courthouse, Lobby Level
700 Stewart Street
Seattle, WA 98101-1271

C 09-0014 CRB

**FILED**
**FEB 1 0 2009**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: MDL No. 1972 -- IN RE: Hawaiian and Guamanian Cabotage Antitrust Litigation

(See Attached CTO-4)

Dear Mr. Rifkin:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 16, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Denise Morgan-Stone
Deputy Clerk

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

08-MD-01972-ORD

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:        Judge Thomas S. Zilly

JPML Form 36A

IN RE: HAWAIIAN AND GUAMANIAN CABOTAGE
ANTITRUST LITIGATION                                        MDL No. 1972

## INVOLVED COUNSEL LIST (CTO-4)

Donald Chidi Amamgbo
AMAMGBO & ASSOCIATES PLC
7901 Oakport Street
Suite 4900
Oakland, CA 94621

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

Joel Steven Sanders
GIBSON DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933

Reginald Von Terrell
TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804

```
A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Feb 03, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 16, 2009**

FILED
CLERK'S OFFICE

IN RE: HAWAIIAN AND GUAMANIAN CABOTAGE
ANTITRUST LITIGATION
    Voltaire Defensor v. Matson Navigation Co., Inc., )
        et al., N.D. California, C.A. No. 3:09-14 )    MDL No. 1972

## CONDITIONAL TRANSFER ORDER (CTO-4)

On August 13, 2008, the Panel transferred six civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1379 (J.P.M.L. 2008). Since that time, 12 additional actions have been transferred to the Western District of Washington. With the consent of that court, all such actions have been assigned to the Honorable Thomas S. Zilly.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Western District of Washington and assigned to Judge Zilly.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Western District of Washington for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Thomas S. Zilly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 03, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel